**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAROSLAVA SHAHIN,                              CASE NO.: 8:18-CV-01468-MSS-JSS

      Plaintiffs,

vs.

BARCLAYS BANK DELAWARE,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

Respectfully Submitted,                        Respectfully Submitted,

*/s/ Christopher W. Boss*                        */s/ Brandon T. White*
Christopher W. Boss, Esq.                       Brandon T. White, Esq.
Florida Bar No.: 13183                          Florida Bar No.: 106792
BOSS LAW                                        REED SMITH LLP
Email: cpservice@bosslegal.com                  Email: bwhite@reedsmith.com
9887 Fourth Street North, Suite 202             1001 Brickell Bay Drive, 9th Floor
St. Petersburg, Florida  33702                  Miami, FL 33131
Telephone: (727) 471-0039                       Telephone: (786) 747-0222
Facsimile: (888) 449-8792                       Facsimile: (786) 747-0299
*Attorney for Plaintiff*                          *Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 1st day of October, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Brandon T. White, Esq.
REED SMITH LLP
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131
bwhite@reedsmith.com
*Attorney for Defendant*

/s/ Christopher W. Boss
Christopher W. Boss (FBN 13183)